IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (NEWARK VICINAGE)

| | |
|---|---|
| JOSEFA AGUASVIVAS, on behalf of herself and all others similarly situated,<br><br>  Plaintiffs,<br>v.<br><br>JAFFE & ASHER, LLP<br><br>  Defendants. | Civil Action No.<br><br>2:13-cv-00941-ES-JAD       **CLOSED** |

**IT IS HEREBY ORDERED:**

1. That, pursuant to the parties' February 12, 2014 Joint Stipulation of Dismissal, all of Plaintiff's individual and class claims asserted in Civil Action No. 2:13-cv-00941-ES-JAD are dismissed with prejudice; and

2. That all parties shall bear their own attorneys' fees and costs incurred in this action; and

3. That the Court's files for this action are closed.

**SO ORDERED** this 19th day of February, 2014.

_____
HONORABLE ESTHER SALAS
UNITED STATES DISTRICT JUDGE